**NOT FOR PUBLICATION**   CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HARRY VIEUX, <br><br> Plaintiff, <br><br> v. <br><br> CVS PHARMACY, INC., et al., <br><br> Defendants. | Civil Action No.: 07-1483 (JLL) <br><br> **ORDER ADOPTING OCTOBER 31, 2007 REPORT AND RECOMMENDATION** |

**LINARES**, District Judge.

This Court had referred Defendant's motion to transfer the instant matter to the Southern District of Florida [CM/ECF Docket Entry No. 5] to the Honorable Claire C. Cecchi, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Cecchi filed a Report and Recommendation in connection with Defendant's motion on October 31, 2007. Having reviewed the Report and Recommendation, and having received no objection thereto, and for good cause shown,

**IT IS** on this **21st day of November, 2007,**

**ORDERED** that the Report and Recommendation of Magistrate Judge Cecchi, filed on October 31, 2007 [CM/ECF Docket Entry No. 14], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Defendant's motion to transfer [CM/ECF Docket Entry No. 5] is hereby **GRANTED**; and it is further

**ORDERED** that this case is closed.

/s/ Jose L. Linares
United States District Judge